# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-10753-R                           DATE: JULY 24, 2012

TITLE: BROADCASE MUSIC INC et al -V- SPIKES SPORTS BAR & GRILL et al
================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANT:

Not present                             Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be
             dismissed for failure to prosecute


THIS MATTER IS SET ON CALENDAR FOR HEARING ON AUGUST 6,

2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY ACTION

SHOULD NOT BE DISMISSED FOR FAILURE OF THE PLAINTIFF

TO MOVE FOR DEFAULT JUDGMENT OF THE DEFAULTED

DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                    Initials of Deputy Clerk __WH____
**CIVIL - GEN**                    D-M