JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; EVIL EYE MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIRAN PUBLISHING INC; EMI BLACKWOOD MUSIC, INC.; COMBINE MUSIC CORP.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; ABKCO MUSIC, INC.; PAINTED DESERT MUSIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>SPIKES SPORTS BAR & GRILL INC. d/b/a SPIKE'S SPORTS BAR & GRILL and ISMAEL ANTONIO SEVILLA, individually.<br><br>Defendants | Case No. CV11-10753-R (AJWx)<br><br>[Honorable Manuel L. Real]<br><br>**ORDER OF JUDGMENT** |

This matter came before the Court for hearing on Plaintiffs' Application for Entry of Default Judgment on September 17, 2012. Penny M. Costa of Ballard Spahr LLP appeared on behalf of Plaintiffs; defendant Ismael Antonio Sevilla

appeared on behalf of Defendants. The Court, having reviewed the matter, considered the pleadings and accompanying declarations and memorandum submitted in support of the Application and the oral arguments offered by the respective parties, and being fully informed of the relevant facts and law, GRANTS the Application.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiffs' Application for Entry of Default Judgment against Defendants Spikes Sports Bar & Grill Inc. d/b/a Spike's Sports Bar & Grill and Ismael Antonio Sevilla is GRANTED, this Court finding that Defendants infringed upon the copyrights of nine musical compositions owned and/or licensed by Plaintiffs.

2. Plaintiffs shall recover from Defendants Spikes Sports Bar & Grill Inc. d/b/a Spike's Sports Bar & Grill and Ismael Antonio Sevilla, jointly and severally, statutory damages in the sum of $18,000.00, representing an award of $2,000.00 for each of the nine musical compositions that Defendants have infringed, pursuant to 17 U.S.C. Section 504 (c) (1).

3. Plaintiffs shall recover from Defendants Spikes Sports Bar & Grill Inc. d/b/a Spike's Sports Bar & Grill and Ismael Antonio Sevilla, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $1,680.00, pursuant to 17 U.S.C. Section 505 and Local Rule of Court 55-3.

4. Plaintiffs shall recover from Defendants Spikes Sports Bar & Grill Inc. d/b/a Spike's Sports Bar & Grill and Ismael Antonio Sevilla, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

5. Defendants Spikes Sports Bar & Grill Inc. d/b/a Spike's Sports Bar & Grill and Ismael Antonio Sevilla, jointly and severally, and their agents, servants, employees, and all persons acting under their permission or authority, shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted

musical compositions licensed by Broadcast Music, Inc. pursuant to 17 U.S.C. § 502.

6.  This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: October 2, 2012.  _____
Honorable Manuel L. Real
United States District Court Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.

On **September 19, 2012**, I served the within document(s) entitled:

[*PROPOSED*] **ORDER OF JUDGMENT**

on the interested parties of record in this action:

☒ **BY MAIL**: by placing a true and correct copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Daryl Mallick
Agent for Service of Process for:
Spikes Sports Bar & Grill Inc.
d/b/a Spike's Sports Bar & Grill
599 S. Barranca Ave., Suite 222
Covina, CA   91723

Ismael Antonio Sevilla
c/o Spikes Sports Bar & Grill, Inc.
16728 Bellflower Blvd.
Bellflower, CA   91770

Ismael Antonio Sevilla
3221 Vineland Ave., Apt. 47
Baldwin Park, CA   91706

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (**FEDERAL**) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 19, 2012** at Los Angeles, California.

/s/ Lorraine Bonvissuto
Lorraine Bonvissuto

DMWEST #9189168 v1